# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CV 76

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| $23,000.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
|     Defendant ) | |

**THIS MATTER** is before the court on Sean P. Devereux's Application for Admission to Practice *Pro Hac Vice* of Ashutosh S. Joshi. It appearing that Ashutosh S. Joshi is a member in good standing with the Georgia Bar and will be appearing with Sean P. Devereux , a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Sean P. Devereux's Application for Admission to Practice *Pro Hac Vice* (#5) of Ashutosh S. Joshi is **GRANTED**, and that Ashutosh S. Joshi is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Sean P. Devereux.

Signed: May 13, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge