# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv76

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| $23,000 in United States Currency, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

This is a forfeiture proceeding brought by the United States. Previously, Timmy Lee Battle, Jr. asserted a claim to the funds at issue. On October 27, 2011, however, the Claimant withdrew his claim and relinquished any claims to the property. There are no other claimants to the property. Accordingly, the Court **DIRECTS** the United States to Show Cause in writing by November 30, 2011, what remains to be done prior to bringing this case to a final resolution.

Signed: November 17, 2011

Dennis L. Howell
United States Magistrate Judge