IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:11CV76

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **DEFAULT JUDGMENT,** |
| v. | **ENTRY OF JUDGMENT, AND** |
| $23,000.00 IN UNITED STATES CURRENCY, | **FINAL ORDER OF FORFEITURE** |
| Defendant. | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

**IT IS, THEREFORE, ORDERED AND ADJUDGED THAT:**

1. **DEFAULT JUDGMENT** of Forfeiture is **ENTERED** in favor of the United States against the defendant property:

    - **$23,000.00 in United States Currency;**

2. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The Unites States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

Signed: May 15, 2012

Frank G. Johns, Clerk
United States District Court

1